# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 219 WAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
ISAIAH HEREFORD, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.